FILED 17 APR '25 15:45 USDC-ORE

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:25-cr- 00171- MC |
| v. | INDICTMENT |
| PATRICK E. WRIGHT, | 18 U.S.C. § 1709 |
| Defendant. | |

### THE GRAND JURY CHARGES:

### COUNT 1
**(Theft of Mail by Postal Employee)**
**(18 U.S.C. § 1709)**

In or before January 2024 and continuing through June 2024, in the District of Oregon, defendant **PATRICK E. WRIGHT**, a United States Postal Service employee, did embezzle, steal, abstract, and remove letters, postal cards, packages, bags, and mails and any article or thing contained therein, which had been entrusted to the defendant, or which had come into the defendant's possession intended to be conveyed by mail or carried or delivered by any carrier, messenger, agent, or other person employed in any department of the Postal Service, or

///

///

///

Indictment                                                    Page 1

forwarded through or delivered from a post office or postal station established by authority of the

Postmaster General or of the Postal Service,

 In violation of Title 18, United States Code, Section 1709.

Dated: April 17, 2025      A TRUE BILL

            OFFICIATING FOREPERSON

Presented by:

WILLIAM M. NARUS
Acting United States Attorney

GAVIN W. BRUCE, OSB #113384
Assistant United States Attorney

**Indictment**                 **Page 2**