SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**JEFFREY S. SWEET, OSB #994183**
Assistant United States Attorney
jeff.sweet@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401
Telephone: (541) 465-6771
Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **6:25-CR-000171-MC** |
| **v.** | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **PATRICK WRIGHT,** | |
| **Defendant.** | |

Former U.S. Postal Service employee Patrick Wright repeatedly stole mail in the course of his duties. He betrayed the trust placed in him, and stole not only money, but memories. The government recommends a sentence of 90 days in jail and three years of supervised release.

### Guilty Plea & Guideline Computations

On April 28, 2026, Mr. Wright is scheduled to plead guilty to Count One of the Indictment, theft of mail by an officer or employee, in violation of 18 U.S.C. § 1709. Sentencing is scheduled at the same appearance, and a Pre-Plea Presentence Report has been completed.

**Government's Sentencing Memorandum**            **Page 1**

The government agrees with the guideline calculations as set forth in the Pre-Plea Presentence Report, which applies a base offense level of 6, pursuant to USSG § 2B1.1; a two-level increase because the offense involved ten or more victims, pursuant to § 2B1.1(b)(2)(A); a two-level enhancement for abuse of trust, pursuant to § 3B1.3; and, a reduction of two-levels for acceptance of responsibility pursuant to § 3E1.1(a).

Mr. Wright has a 2003 misdemeanor conviction for Assault IV, and a criminal history category of I. As a zero-point offender his offense level is reduced by two levels pursuant to § 4C1.1(a) and (b), resulting in an advisory guideline range of 0-6 months.

### Factual Background and Argument

In 2024, approximately twenty-nine mail items were reported missing—all items were connected to the Hines, Oregon, Post Office. A USPS Postal OIG agent investigated, and placed test mail items to see if they were tampered with, which they were. Mr. Wright was the suspect



as he was the only employee who worked during the relevant times. The investigation continued, and rifled greeting cards were found in the Hines Post Office employee work area. Surveillance footage showed Mr. Wright rifling incoming and outgoing mail. An additional test mail item was found torn in the trash with the cash missing, and another was rifled and taped shut, but the contents were intact.

Mr. Wright was interviewed and he admitted to rifling mail and stealing cash and gift cards while he was working. He said he did so for approximately six months, and on average he stole $50 to $100 a week. Mr. Wright apologized and made a written admission, and resigned from his job. He has done well while the case was pending, and is employed,  though he is working as a delivery driver and his employer is unaware of the circumstances of the instant case. He has also paid $2,000 to the Clerk's Office so that it may be applied towards restitution.

But the harm he caused is real. Mr. Wright repeatedly stole money and cards sent from, or to, the Hines Post Office, often discarding the cards in the trash. In doing so, he harmed both the senders, who were celebrating holidays, milestones, and successes of their loved ones, and the intended recipients.

Some examples follow:

- Two Mother's Day cards with $100 cash in each

- A graduation card with $30 cash; the card was found torn up in the trash at the Hines Post Office

- A graduation card with a $100 gift card; the card was found torn up in the trash

- A birthday card for a granddaughter with $20 cash; the card was found torn up in the trash. The intended recipient said her grandmother was getting older and the cards meant so much to her, and asked for a picture of the torn-up card as the card itself was evidence

**Government's Sentencing Memorandum**                                    **Page 3**

- Graduation cards with $25 gift cards mailed to students in Hines and Burns; the cards mailed to the Burns Post Office were received, those mailed to the Hines Post Office were not

- A wedding card with $40 in cash, a birthday card with $28 in cash, and a graduation card with $40 in cash, sent by the same sender to different recipients. All three cards were found torn up in the trash

- A graduation card with $250 in cash

- A graduation card with $50 in cash that was found torn up in the trash; the sender learned that two birthday cards previously sent from the Hines Post Office, each with $50 in cash, were also not received

- A Father's Day card with a $25 gift card, found torn up in the trash.

- A birthday card with $50 cash; the card was received but the money was missing.

The public counts on the U.S. Postal Service to deliver mail and packages. That so much cash was sent through the mail shows the extent to which the community trusts in its reliability.

Mr. Wright rifled through cards searching for cash, often tearing up and throwing away the cards. In doing so, he deprived the intended recipients of much more than cash, he stole a token of affection and a keepsake, and threw away cards with what surely often contained messages of caring and love. Mr. Wright also invaded the privacy of the sender and recipient—these were holiday and celebratory cards, not credit card offers. And he did all of this not as an outside thief stealing from P.O. Boxes, but as a trusted member of the U.S. Postal Service.

\\\

\\\

\\\

**Government's Sentencing Memorandum**                                                **Page 4**

**Conclusion**

Mr. Wright's thefts, and his abuse of the trust placed in him, merits a jail sentence. The government recommends a sentence of 90 days in jail, three years of supervised release, and a $100 fee assessment. The government is working to determine the restitution.

Dated: April 22, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney


s/ *Jeffrey S. Sweet*
JEFFREY S. SWEET, OSB #994183
Assistant United States Attorney